Sam Mindel, appellee, v. Louis Zuckerman, appellant. Gen. No. 27,968.

Suit by holder of check indorsed to him for value. Judgment for plaintiff for face of the check. Appeal from the Municipal Court of Chicago; the Hon. Charles Schaefer, Judge, presiding. Heard in this

court at the October term, 1922. Reversed with judgment of *nil capiat.* Opinion filed March 19, 1923.

Morris A. Weinberg and William C. Greatman, for appellant. Aaron Soble, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.